IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

EZEKIEL GILLESPIE                                                    PETITIONER

V.                                               CIVIL ACTION NO. 1:25-CV-00071-SA-DAS

LEE COUNTY CIRCUIT COURT                                     RESPONDENT

## ORDER DISMISSING CASE WITHOUT PREJUDICE

This matter comes before the Court *sua sponte* for consideration of dismissal. On May 14, 2025, Petitioner Ezekiel Gillespie, proceeding *pro se*, initiated these federal habeas corpus proceedings by submitting a two-page letter which the Court construed as seeking relief under 28 U.S.C. § 2241. Doc. # 1. On May 15, 2025, the Court entered an Order requiring Gillespie to complete and return the Court's standard forms for petitions filed under 28 U.S.C. § 2241 and to proceed *in forma pauperis* in this action (or pay the filing fee). Doc. # 3. The Order required Gillespie to complete these directives within twenty-one days. *See id.* The Order further warned Gillespie that his failure to comply may lead to the dismissal of this action. *Id.*

Despite this warning and directive, Gillespie failed to complete and return the Court's standard form for § 2241 petitions.[1] Consequently, the Court entered an Order on June 6, 2025, directing Gillespie to show cause within fourteen days why this case should not be involuntarily dismissed for failure to prosecute and failure to comply with an order of the court as provided by Rule 41(b) of the Federal Rules of Civil Procedure. Doc. # 5. The deadline imposed by the Show Cause Order has now passed. Despite being given two opportunities to do so, Gillespie has failed

---

[1] Gillespie did, however, confirm receipt of the Court's Order by signing and returning an Acknowledgment of Receipt on May 20, 2025; and he has paid the filing fee for this action. *See* Doc. # 4.

1

to complete and return the necessary form. Accordingly, the instant action is hereby DISMISSED WITHOUT PREJUDICE for Gillespie's failure to prosecute and obey an order of the Court.

SO ORDERED, this the 30th day of June, 2025.

/s/ Sharion Aycock
SENIOR UNITED STATES DISTRICT JUDGE